**David Harris**

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Wednesday, June 08, 2022 3:06 PM |
| To: | David Harris |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: John W. Dawe, Case Number: 22-00911, MJC, Ref: [p-178819300] |
| Attachments: | R_P52200911309A0024.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

June 8, 2022

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: John W. Dawe, Case Number 22-00911, MJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court</u>
<u>Max Rosenn U.S. Courthouse</u>
<u>197 South Main Street</u>
<u>Wilkes-Barre, PA 18701</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Gatestone
PO Box 1259
Oaks, PA 19456-1259

THE UPDATED ADDRESS IS:

Gatestone & Co, International, Inc.
455 N. 3rd St.
Phoenix, AZ 85004

6/9/2022

1